# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYRONE GREEN,** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 20-CV-4211** |
| : | |
| **SERGEANT WHITE,** *et al.,* : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this 18th day of May, 2021, upon consideration of Tyrone Green's *pro se* Second Amended Complaint (ECF No. 9), it is **ORDERED** that:

1. Green's Second Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1) for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

                                              **BY THE COURT:**

                                              **/s/ Gerald Austin McHugh**

                                              **GERALD A. McHUGH, J.**